[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 8, 2006
THOMAS K. KAHN
CLERK

No.  06-13110
Non-Argument Calendar

D. C. Docket No.  04-01670-CV-ORL-28-JGG

LEA ROBINSON,

Plaintiff-Appellant,

versus

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Florida

**(November 8, 2006)**

Before TJOFLAT, BIRCH and PRYOR, Circuit Judges.

PER CURIAM:

For the reasons stated in its order of April 28, 2006, we agree with the district court that appellee's decision to terminate appellant's long term disability benefits was not wrong.  The court's judgment is therefore

AFFIRMED.